UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Indymac Bank, F.S.B.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 2:08-CV-12755

Advanced Appraisals, a Michigan entity,　　　　Honorable Sean F. Cox
Capital Financial Mortgage Co., a Michigan
corporation, and Jeanie Emerson, an individual,

    Defendants.

_____/

## **ORDER**

Plaintiff filed this action on June 27, 2008, asserting subject matter jurisdiction through diversity of citizenship pursuant to 28 U.S.C. §1332.

Having reviewed Plaintiff's complaint, the Court was not persuaded that Plaintiff had adequately alleged the necessary facts to establish the existence of diversity jurisdiction, and therefore issued an order requiring Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

On July 15, 2008, Plaintiff filed a timely response to the Show Cause Order, wherein Plaintiff requests that the Court grant it leave to file an Amended Complaint to correct the jurisdictional allegations and to address its own change in status.

IT IS HEREBY ORDERED that Plaintiff's request for leave to file an amended complaint is GRANTED. Plaintiff shall file its Amended Complaint no later than August 5, 2008.

IT IS SO ORDERED.

                        S/Sean F. Cox
                        Sean F. Cox
                        United States District Judge

Dated: July 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 17, 2008, by electronic and/or ordinary mail.

                        S/Jennifer Hernandez
                        Case Manager